EXHIBIT A

GOOD DAY WE NEED THE FOLLOWING FOR
THE WEEK: 4/5-4/11

| | |
|---|---|
| CELLPHONE | 60 |
| SEATBELTS | 50 |
| DBL PKS | 65 |
| BUS STOPS | 40 |
| TINTS | 25 |
| TRUCK RTES | 2 |

PLEASE HAVE SUMMONS ISSUED AT APL'S:
ST JOHNS SCHENECTADY
UTICA/ST MARKS
EPKWY/WASHINGTON
PARK/VANDERBILT
EPKWY/ALBANY
*Please be advised these are new apl locations*

PLEASE ISSUE HANDICAPPED SUMMONS ON ALL TOURS

THANK YOU

10/18/10

FOR THE WEEK OF 10/18- 10/24 WE NEED:

DBL PKRS 25
BUS STOPS 15
SEATBLTS 50
CELLPHNS 75
TINTS 6
TRUCK RTE 5

Thank you,